UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
ANGELA WAHAB, on behalf of herself and all others similarly situated,

                        Plaintiff,

    -v.-

GREAT HEALTHWORKS, INC.,

                        Defendants.
------------------------------------------------------------------------x

Civil Action No:
1:23-cv-7453

**MEMO ENDORSED**

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed without prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal without prejudice may be entered in the above entitled action pursuant hereto.

Dated: September 26, 2023

                                                                Respectfully Submitted,

                                                                _/s/PeterPaul Shaker_
                                                                PeterPaul Shaker, Esq.
                                                                **Stein Saks, PLLC**
                                                                One University Plaza, Suite 620
                                                                Hackensack, NJ 07601
                                                                pshaker@steinsakslegal.com
                                                                Tel. 201-282-6500
                                                               Fax 201-282-6501
                                                                *Attorneys for Plaintiff*

**Certificate of Service**

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

| | |
|---|---|
| This 26th day of September, 2023 | Respectfully Submitted, |
| | */s/ PeterPaul Shaker* <br> PeterPaul Shaker |

```
Dated:   September 27, 2023        SO ORDERED.
         New York, New York


                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE
```